NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WILLIE L. WILLIAMS,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2012-5009

---

Appeal from the United States Court of Federal Claims in case no. 10-CV-880, Judge Lawrence J. Block.

---

## ON MOTION

---

## ORDER

Willie L. Williams moves to restore federal recognition (acknowledgment) in favor of plaintiff and plantiff's brief to proceed to reversal of dismissal and compensate for illegal exactions to allotments (passport).

Upon consideration thereof,

IT IS ORDERED THAT:

The court will treat Ms. Williams' motion to restore as her reply brief. Copies of that document shall be transmitted to the merits panel.

FOR THE COURT

**MAR 29 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Willie L. Williams
    William B. Lazarus, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 2 9 2012

JAN HORBALY
CLERK